Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-01697-AWI-BAM |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE WALLE and SANDRA MIREYA WALLE, individually and d/b/a PIZZA & FUN |
| vs. | |
| JOSE WALLE, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE WALLE and SANDRA MIREYA WALLE, individually and d/b/a PIZZA & FUN, that the above-entitled action is hereby dismissed without prejudice against JOSE WALLE and SANDRA MIREYA WALLE, individually and d/b/a PIZZA & FUN, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by December 17, 2012, the dismissal shall be deemed to be with prejudice.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 30, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 30, 2012

TINGLEY PIONKOWSKI, LLP
By: Bruce C. Piontkowski, Esquire
Attorneys for Defendants JOSE WALLE and SANDRA MIREYA WALLE, individually and d/b/a PIZZA & FUN

IT IS SO ORDERED:

Dated: /-31-/2

The Honorable Anthony W. Ishii
United States District Court
Eastern District of California

///

///

///

///

///

STIPULATION OF DISMISSAL
1:10-cv-01697-AWI-BAM
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 30, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE WALLE and SANDRA MIREYA WALLE, individually and d/b/a PIZZA & FUN**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce C. Piontkowski, Esquire (Attorney for Defendants)
TINGLEY PIONTKOWSKI, LLP
10 Almaden Blvd., Suite 430
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 30, 2012, at South Pasadena, California.

Dated: January 30, 2012           /s/Maria Baird
                                  **MARIA BAIRD**

///

///

///